

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-11-2008

# McKinley v. Secretary Army

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1576

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"McKinley v. Secretary Army" (2008). *2008 Decisions.* Paper 688.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/688

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 07-1576

EVELYN MCKINLEY,

Appellant

v.

SECRETARY OF THE UNITED STATES ARMY,

Appellee

Appeal from the United States District Court
for the Western District of Pennsylvania
(04-CV-00222)
District Court: Hon. Sean J. McLaughlin

Submitted July 21, 2008
Pursuant to Third Circuit LAR 34.1(a)

Before: McKEE, FUENTES, and JORDAN, Circuit Judges,

(Filed: August 11, 2008 )

—————————

OPINION OF THE COURT

—————————

McKee, *Circuit Judge*.

Evelyn McKinley appeals the district court's grant of summary judgment in favor of her employer, the United States Army, in the gender discrimination action she filed under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e). We will affirm.

Inasmuch as we write primarily for the parties who are familiar with this case, we need not recite the factual or procedural background of this dispute. We have reviewed the thorough and thoughtful Report and Recommendation which the Magistrate Judge filed on December 13, 2006, and the district court adopted on February 6, 2007. That Report and Recommendation fully and accurately explains why the Army was entitled to summary judgment, and we can add little to that analysis and discussion. Accordingly, we will affirm substantially for the reasons set forth in the aforementioned Report and Recommendation.